# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| PRIME ALLIANCE BANK INC. | ) |
| Plaintiffs/Judgment Creditor | ) |
| v. | ) No. 4:23-mc-09008-FJG |
| DRE HEALTH CORPORATION, et al., | ) |
| Defendants/Judgment Debtors | ) |

## PRAECIPE

COMES NOW, Plaintiff Prime Alliance Bank, Inc.("Judgment Creditor"), and pursuant to Rule 64 of the Federal Rules of Civil Procedure and Rule 90.02 of the Missouri Supreme Court Rules, hereby request that the Clerk of the Court issue to the U.S. Marshals Service, Western District of Missouri, for service on Chase Bank ("Garnishee"), a Writ of Garnishment and a Summons of Garnishee, returnable in thirty (30) days, to satisfy a judgment entered by the U.S. District Court for the Central District of California on July 21, 2023 and registered with this Court, against DRE Health Corporation and A. Isaac Bawany, aka Ahmed I. Bawany or Ahmed Ishaq Bawany, jointly and severally ("Judgment Debtors"). In further support hereof, Judgment Creditor state as follows:

1. A judgment was entered in favor of the Judgment Creditor and against the Judgment Debtors, jointly and severally, which remains unsatisfied. *See Judgment attached hereto and incorporated herein as Exhibit 1* (the "Judgment").

2. Pursuant to the Judgment, the Clerk of Court is authorized to issue the requested Writ of Garnishment in aid of the Judgment.

3. Judgment Creditor knows or has reason to believe that the Garnishee is indebted to Judgment Debtors, that the Garnishee has control or custody of property currently being held by Judgment Debtors.

4. The requested return date of the Writ is thirty (30) days after filing of this request. Judgment Creditor hereby requests that the Clerk of the Court, upon issuance of said Writ, calculate and enter the applicable return date into the Writ.

5. Payments made by the Garnishee shall be paid into the Court, after which time Judgment Creditor will request disbursement of such funds.

6. A copy of the requested Writ of Garnishment, Interrogatories to Garnishee and Summons of Garnishee are being submitted via electronic mail to the Clerk of Court simultaneously herewith.

**WHEREFORE**, for the reasons set forth herein, Plaintiffs/Judgment Creditors respectfully request that the Court issue a Writ of Garnishment and Summons of Garnishee.

Respectfully submitted,

POLSINELLI PC

By: /s/ Daniel S. Dooley
DANIEL S. DOOLEY
900 West 48th Place, Suite 900
Kansas City, Missouri 64112
(816) 753-1000
(816) 753-1536 (FAX)
ddooley@polsinelli.com